UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRIYANKA KURUPPU,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GLOBAL DRUG TESTING LABS and KENNETH SMITH,<br><br>　　　　　Defendants.<br>_____ | Case No. 11-CV-01524-EJD<br><br>**CASE MANAGEMENT ORDER** |

　　　On September 2, 2011, the parties appeared before Judge Edward J. Davila for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

　　　IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

　　　IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

　　　IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

　　　IT IS FURTHER ORDERED that the case is referred to private mediation by agreement of the parties. If they have not already done so, the parties shall promptly contact the court's ADR

1  department to make the appropriate arrangements.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Mediation deadline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 13, 2012

4      Case Management Conference . . . . . . . . . . . . . . . . . . . . . . . January 27, 2012, at 10:00 a.m.

5      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 29, 2012

6      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 10, 2012

7      Last day for hearing dispositive motions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . August 7, 2012

8

9      IT IS FURTHER ORDERED that the parties shall comply with the standing orders for the

10  undersigned Judge, which are available from the Clerk of Court and on the Northern District of

11  California's website.

12

13  Dated: September 2, 2011

14                                        EDWARD J. DAVILA

15                                        United States District Judge