1 | William F. Gutierrez (Bar No.148668)
John D. Minton (Bar No. 223823)
2 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
3 | 216 Park Road
P.O. Box 513
4 | Burlingame, California 94011-0513
Telephone:    (650) 342-9600
5 | Facsimile:    (650) 342-7685

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/24/2012

6 | Attorneys for Defendants
GLOBAL DRUG TESTING LABS, INC. AND KENNETH
7 | SMITH

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

| | |
|---|---|
| PRIYANKA KURUPPU, an individual,<br>Plaintiff,<br>v.<br>GLOBAL DRUG TESTING LABS, A CALIFORNIA CORPORATION; KENNETH SMITH, AN INDIVIDUAL; and DOES 1 THOUGH 10, inclusive,<br>Defendants. | Case No.  CV11-01524 EJD<br><br>Action Filed: March 30, 2011<br><br>**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Priyanka Kuruppu and Defendants Global Drug Testing Labs, Inc. and Kenneth Smith, by and through their respective undersigned counsel of record, hereby stipulate that this action be dismissed in its entirety *with prejudice* under Rule 41(a)(1) of the Federal Rules of Civil Procedure, each side to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.  The Clerk shall close this file.

Dated:    January 20, 2012         CARR, McCLELLAN, INGERSOLL,
                                   THOMPSON & HORN
                                   Professional Law Corporation

                                   By:   /s/ William F. Gutierrez
                                         William F. Gutierrez
                                         Attorneys for Defendants GLOBAL DRUG
                                         TESTING LABS and KENNETH SMITH

Dated:    January 20, 2012         LAW OFFICES OF MICHAEL TRACY

                                   By:   /s/ Michael L. Tracy
                                         Michael L. Tracy
                                         Attorneys for Plaintiff
                                         PRIYANKA KURUPPU

30354-00003\iManage\4126487.1                    STIPULATED VOLUNTARY DISMISSAL
                                                 WITH PREJUDICE CV11-01524 EJD